**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CARLA FREEMAN,
               *Petitioner-Appellant,*

v.

ALBERTO R. GONZALES, Attorney
General,
               *Respondent-Appellee.*

No. 04-35797

D.C. No.
CV-04-00666-PA
District of Oregon,
Portland

ORDER

Filed May 29, 2007

Before: Raymond C. Fisher, Ronald M. Gould and
Carlos T. Bea, Circuit Judges.

## ORDER

For the reasons stated in the order denying Freeman's petition for a writ of mandamus in case number 06-75539, we **DENY** Freeman's motion for an order to show cause why respondent William McNamee should not be sanctioned for contempt, filed on November 22, 2006.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.